**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> RAINBOW USA, INC., and APPLICANTSAFE, LLC, <br><br> Defendants. | Civil Action No.: 26-cv-3545-BMC <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** |

THIS MATTER having come before the Court on the motion of Plaintiff John Doe for leave to proceed under pseudonym; and the Court having considered the parties' submissions, including the Declaration of John Doe, and the factors set forth in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008); and for good cause shown; IT IS HEREBY ORDERED that:

a.  Plaintiff's motion is GRANTED, and Plaintiff is granted leave to prosecute this action under the pseudonym "John Doe";

b.  Within seven (7) days of the entry of this Order, Plaintiff shall file under seal a statement disclosing his identity to the Court, together with an unredacted, signed copy of his declaration;

c.  Plaintiff shall disclose his identity to each Defendant's counsel of record promptly upon counsel's appearance, and Defendants and their counsel shall not disclose Plaintiff's identity in any public filing or otherwise make it public;

d.  All public filings in this action shall refer to Plaintiff as "John Doe" and shall redact Plaintiff's name and direct personal identifiers; and

e.      The sealed identity statement and the unredacted declaration shall remain under

seal permanently, including in the event of any dismissal or other termination of this action,

unless otherwise ordered upon motion and the findings required for unsealing judicial

records.


SO ORDERED.

_Brian M. Cogan_ *
_____
Hon. Brian Cogan,
U.S. DISTRICT JUDGE

Dated: __June 15____, 2026


*This Order is without prejudice to defendant's right to seek to vacate this Order when defendant
appears in the case.